No. —— – ——. MERIDA *v.* UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. —— – ——. WELLS, BY AND THROUGH KEHNE *v.* ARAVE, WARDEN. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied. JUSTICE SOUTER and JUSTICE GINSBURG would grant the motion for leave to proceed *in forma pauperis.*

No. A–453. BARTH *v.* ZIMMER. Super. Ct. N. J., Somerset County, Law Div. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. A–505. INTERCONTINENTAL BULKTANK CORP. *v.* JORDAN. Ct. App. La., 1st Cir. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–1309. IN RE DISBARMENT OF SHANK. Disbarment entered. [For earlier order herein, see 509 U. S. 950.]

No. D–1316. IN RE DISBARMENT OF BAITY. Disbarment entered. [For earlier order herein, see *ante,* p. 929.]

No. D–1318. IN RE DISBARMENT OF ANNIN. Disbarment entered. [For earlier order herein, see *ante,* p. 940.]

No. D–1320. IN RE DISBARMENT OF DE LOACH. Disbarment entered. [For earlier order herein, see *ante,* p. 941.]

No. D–1321. IN RE DISBARMENT OF WERNER. Disbarment entered. [For earlier order herein, see *ante,* p. 941.]

No. D–1324. IN RE DISBARMENT OF RIOS. Disbarment entered. [For earlier order herein, see *ante,* p. 961.]

No. D–1330. IN RE DISBARMENT OF BUTLER. Disbarment entered. [For earlier order herein, see *ante,* p. 974.]